**IT IS ORDERED as set forth below:**



**Date: December 19, 2018**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>**ABBY BRUCE BRYAN,**<br><br>Debtor.<br><br>**THE LAW OFFICES OF ROBERT PAGNIELLO, P.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**ABBY BRUCE BRYAN,**<br><br>Defendant. | CASE NO. **18-60800-PMB**<br><br>CHAPTER 7<br><br><br><br><br><br>ADVERSARY PROCEEDING<br><br>NO. **18-5243** |

## ORDER AND NOTICE SETTING STATUS CONFERENCE

Plaintiff named above (the "<u>Plaintiff</u>") initiated this Adversary Proceeding against Defendant-Chapter 7 Debtor shown above (the "<u>Debtor</u>") through the filing of a Complaint herein on October 1, 2018 (Docket No. 1)(the "<u>Complaint</u>"). In the Complaint, Plaintiff seeks entry of

an order and judgment determining a certain obligation of the Debtor nondischargeable under 11 U.S.C. § 523(a)(6) with respect to a state court consent judgment in the amount of $250,000.00.

The Court's Docket reveals that no answer has been filed to date, that the Clerk entered a default on November 30, 2018, and that the Plaintiff filed a Motion for Default Judgment on December 7, 2018 (Docket No. 9).

In addition, it appears that the Debtor is represented in this matter by counsel and that he was served in this Adversary Proceeding.  Bankruptcy Local Rule 9010-4(a) provides that when an attorney initiates a case or appears on behalf of a debtor, such attorney "shall also represent the debtor in all matters in the case, including contested matters and adversary proceedings" unless the attorney's withdrawal is permitted by the Court pursuant to BLR 9010-5.  *See* BLR 9010-4(a), N.D. Ga.  Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that a Status Conference will be held on this matter on the **22nd** day of **January, 2019**, commencing at **2:00 p.m.** in **Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia** at which time the Court will hear from counsel for the Debtor, Kevin J. Pratt, on the status of this proceeding.

The Clerk is directed to serve a copy of this Order upon counsel for the Plaintiff, the Debtor, counsel for the Debtor (Kevin J. Pratt, Kevin J. Pratt, PC, Suite D, 3461 Lawrenceville-Suwanee Road, Suwanee, GA 30024), the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**